# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTORNIC INFORMATION PRIVACY CENTER,<br><br>              Plaintiff,<br>v.<br><br>PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY, et al.,<br><br>              Defendants. | Civil Action No. 17-1320 (CKK) |

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Elizabeth J. Shapiro, Civil Division, United States Department of Justice, enters her appearance in this case on behalf of the government defendants.

Dated: July 3, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

_s/ Elizabeth J. Shapiro_____
ELIZABETH J. SHAPIRO
D.C. Bar No. 418925
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-5302 / Fax: (202) 616-8460
E-mail: Elizabeth.Shapiro@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2017, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which shall send notice to all counsel of record.

*/s/ Elizabeth J. Shapiro*
Elizabeth J. Shapiro