**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, *Plaintiff*, v. PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY, *et al.*, *Defendants*. | Civil Action No. 17-1320 (CKK) |

**ORDER**
(July 5, 2017)

The Court is in receipt of Defendants' [8] Memorandum in Opposition to Plaintiff's Emergency Motion for a Temporary Restraining Order, and hereby instructs Defendants to respond to the following questions by **12:00 P.M.** on **Thursday, July 6, 2017**.

1) Who are the current members of the Presidential Advisory Commission on Election Integrity, and what are their affiliations?

2) If there are no current members who are officials of a federal agency, what is the likelihood that an official of a federal agency will become a member of the Presidential Advisory Commission on Election Integrity in the near future? Identify any likely members who are currently officials of a federal agency.

3) To what extent has or will the General Services Administration be involved in the collection and storage of data for the Presidential Advisory Commission on Election Integrity?

4) Who is the current operator of the website https://safe.amrdec.army.mil/safe/Welcome.aspx?

5) Who is responsible for collecting and storing data received via the website https://safe.amrdec.army.mil/safe/Welcome.aspx? Who will transfer that data to the Presidential Advisory Commission on Election Integrity?

So that Plaintiff may have an opportunity to review Defendants' responses, Plaintiff's reply shall be due by **2:00 P.M.** on **Thursday, July 6, 2017**.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge