AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| Electronic Privacy Information Center | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-01320-CKK |
| Presidential Advisory Committee et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Electronic Privacy Information Center.

Date: 07/06/2017

/s/
*Attorney's signature*

Alan Jay Butler, 1012128
*Printed name and bar number*

1718 Connecticut Avenue, NW, Suite 200
Washington, DC 20009
*Address*

butler@epic.org
*E-mail address*

(202) 483-1140
*Telephone number*

(202) 483-1248
*FAX number*