**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>  Plaintiff,<br><br>v.<br><br>PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY, *et al.*,<br><br>  Defendants. | Civil Action No. 1:17-cv-1320 (CKK) |

## DEFENDANTS' UNOPPOSED MOTION TO FILE SURREPLY

Defendants hereby move the Court for leave to file a short surreply in opposition to plaintiff's emergency motion for a temporary restraining order. In its reply brief filed yesterday, plaintiff for the first time identified the basis for its assertion of injury, and hence standing, and attached nine declarations by individual members attesting to their alleged injuries. Defendants have not had a chance to address these new allegations. Accordingly, good cause exists to grant the government's request to file a surreply to address the issue of standing. *See Hoskins v. Napolitano*, 842 F. Supp. 2d 8, 12 n.1 (D.D.C. 2012) (surreplies are allowed "when a reply is filed leaving 'a party . . . "unable to contest matters presented to the court for the first time"'" (quoting *Ben-Kotel v. Howard Univ.*, 319 F.3d 532, 536 (D.C. Cir. 2003))).

Undersigned counsel contacted counsel for plaintiff, Marc Rotenberg, who stated that plaintiff does not oppose this motion, on the condition that defendants not oppose plaintiff's request to file a sur-surreply.

The proposed surreply is attached as Exhibit 1 hereto.

For the foregoing reasons, the Court should grant defendants leave to file the attached surreply.

Dated:  July 7, 2017                                      Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

BRETT A. SHUMATE
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Carol Federighi*
CAROL FEDERIGHI
Senior Trial Counsel
JOSEPH E. BORSON
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-1903
Email: carol.federighi@usdoj.gov

*Counsel for Defendants*