IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER<br><br>　　Plaintiff,<br><br>　　v.<br><br>PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY; MICHAEL PENCE, in his official capacity as Vice Chair of the Presidential Advisory Commission on Election Integrity; KRIS KOBACH, in his official capacity as Vice Chair of the Presidential Advisory Commission on Election Integrity; EXECUTIVE OFFICE OF THE PRESIDENT OF THE UNITED STATES; OFFICE OF THE VICE PRESIDENT OF THE UNITED STATES; GENERAL SERVICES ADMINISTRATION<br><br>　　Defendants. | Civ. Action No. 17-1320 (CKK) |

**PLAINTIFF's UNOPPOSED MOTION TO FILE A SUR-SURREPLY IN SUPPORT OF PLAINTIFF'S EMEREGNCY MOTION FOR A TEMPORARY RESTRAINING ORDER**

Plaintiff hereby moves the Court for leave to file a sur-surreply in response to Defendants' surreply concerning Plaintiff's emergency motion for a temporary restraining order.

Defendants do not oppose Plaintiff's request to file a sur-surreply, as stated in Defendant's Motion to File a Surreply, Dkt. 16.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Marc Rotenberg
　　　　　　　　　　　　　　　　　　　　　　　Marc Rotenberg, D.C. Bar # 422825
　　　　　　　　　　　　　　　　　　　　　　　EPIC President and Executive Director

　　　　　　　　　　　　　　　　　　　　　　　Alan Butler, D.C. Bar # 1012128
　　　　　　　　　　　　　　　　　　　　　　　EPIC Senior Counsel

ELECTRONIC PRIVACY
INFORMATION CENTER
1718 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20009
(202) 483-1140 (telephone)
(202) 483-1248 (facsimile)

Dated: July 7, 2017