# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, *Plaintiff*, v. PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY, *et al.*, *Defendants*. | Civil Action No. 17-1320 (CKK) |

## ORDER
(July 10, 2017)

    The Court has received Plaintiff's Amended Complaint, ECF No. 21, which has added the Department of Defense as a party to this litigation. The Amended Complaint was filed as of right pursuant to Federal Rule of Civil Procedure 15(a)(1)(A). The Court shall apply all of the arguments made in Defendants' briefing to the Department of Defense, and has received substantial testimony on the propriety of injunctive relief against the Department of Defense during the motions hearing held on July 7, 2017. The Court has reviewed the transcript of that hearing with respect to the Department of Defense. Accordingly, while it has not reached any decision regarding the merits of Plaintiff's request for injunctive relief, the Court does not see a need for supplemental briefing at this time. Nonetheless, in an abundance of caution, the Court shall permit Defendants to file supplemental briefing, solely with respect to issues particular to the Department of Defense, by **4:00 P.M.** on **July 10, 2017**.

    **SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge