# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>*Plaintiff*,<br><br>v.<br><br>PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY, *et al.*,<br><br>*Defendants*. | Civil Action No. 17-1320 (CKK) |

## ORDER
(July 10, 2017)

The Court has received Defendants' [24] response to this Court's [23] Order. In light of the representations made therein, Plaintiff shall file a response by **9:30 A.M.** on **July 11, 2017**, indicating how they intend to proceed in this matter.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge