UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELECTRONIC PRIVACY
INFORMATION CENTER,

    *Plaintiff*,

v.

PRESIDENTIAL ADVISORY
COMMISSION ON ELECTION
INTEGRITY, *et al.*,

    *Defendants.*

Civil Action No. 17-1320 (CKK)

**ORDER**
(July 11, 2017)

    The Court is in receipt of Plaintiff's [27] Response to the Court's July 10, 2017 Order. Therein, Plaintiff indicates that it intends to further amend the Complaint in this action, by "naming the Director of the White House Information Technology as an additional" Defendant. Plaintiff has filed a [30] Motion for Leave to File a Second Amended Complaint for this purpose. By **5:00 P.M. today, July 11, 2017**, Defendants shall indicate whether they oppose Plaintiff's [30] Motion for Leave to File a Second Amended Complaint, and if so, on what basis.

    In light of this request for a further amendment, and Plaintiff's amendment as-of-right on July 7, 2017, which added the Department of Defense as a Defendant, and given the substantial changes in factual circumstances since this action was filed, to the extent Plaintiff continues to seek injunctive relief, it shall file an amended motion for injunctive relief by **Thursday, July 13, 2017** at **4:00 P.M.**

    Defendants shall respond to that motion by Monday, **July 17, 2017**, at **12:00 P.M.** and Plaintiff may file a reply by **4:00 P.M.** on the same day. Given Defendants' representation that no additional voter roll information will be collected until this Court's issues a ruling, and that information that has already been collected will be purged, it is this Court's view that such briefing is warranted and will not be prejudicial to either side. See Third Decl. of Kris W. Kobach, ECF No. 24-1.

    **SO ORDERED.**

                                            /s/
                                       COLLEEN KOLLAR-KOTELLY
                                       United States District Judge