**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ELECTRONIC PRIVACY INFORMATION CENTER

     Plaintiff,

     v.

PRESIDENTIAL ADVISORY COMMISSION ON
ELECTION INTEGRITY, *et al.*,

     Defendants.

Civ. Action No. 17-1320 (CKK)

**PLAINTIFF'S AMENDED MOTION FOR A TEMPORARY RESTRAINING ORDER**
**AND PRELIMINARY INJUNCTION**

Pursuant to the Court's July 11, 2017, Order and to Federal Rule of Civil Procedure 65 and LCvR 65.1, EPIC hereby moves this Court for a Temporary Restraining Order and Preliminary Injunction prohibiting Defendants from collecting voter roll data from state election officials prior to the completion and public release of a Privacy Impact Assessment as required by the E-Government Act of 2002, Pub. L. 107–347, 116 Stat. 2899 (codified as amended at 44 U.S.C. § 3501 note), and prior to the publication of a Federal Advisory Committee Act notice concerning the Privacy Impact Assessment, and prior to the resolution of EPIC's constitutional privacy claims.

The proposed collection and aggregation of state voter roll data by the Commission is without precedent. The Commission's pending action would place at risk the privacy of millions of registered voters—including military families and victims of stalking, whose home addresses would be revealed—and would undermine the integrity of the federal election system. Further, the request for partial Social Security Numbers that are often used as default passwords for commercial services, coupled with the Commission's plan to make voter records "publicly available," is both without precedent and crazy. The new facts that have come to light since

EPIC's original motion – including, (1) upon the Commission's instigation, the disclosure of Arkansas state voter records, contrary to state law and to a website not certified for personal information; (2) widespread concerns about the risks of the Commission's endeavor; and (3) the Commission stated intent to press on, pending this Court's decision -- underscore the need for injunctive relief.

This motion is supported by the attached Memorandum of Points and Authorities and exhibits, as well as the declarations and exhibits previously submitted,[1] and any additional submissions that may be considered by the Court.

Respectfully Submitted,

/s/ Marc Rotenberg
MARC ROTENBERG, D.C. Bar # 422825
EPIC President and Executive Director

ALAN BUTLER, D.C. Bar # 1012128
EPIC Senior Counsel

CAITRIONA FITZGERALD*
EPIC Policy Director

JERAMIE D. SCOTT, D.C. Bar # 1025909
EPIC Domestic Surveillance Project Director

ELECTRONIC PRIVACY INFORMATION CENTER
1718 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20009
(202) 483-1140 (telephone)
(202) 483-1248 (facsimile)

*Attorneys for Plaintiff EPIC*
*\* Pro hac vice motion pending*

Dated: July 13, 2017

---

[1] For the Court's convenience, attached to this motion are copies of all declarations and exhibits previously filed by EPIC in its motion, reply, and supplemental response.