EPIC v. Commission  　　　　　　　　　　Exhibits to Plaintiff's Amended
No. 17-1320  　　　　　　　　　　　　　　Motion for a Temporary Restraining
　　　　　　　　　　　　　　　　　　　　Order and Preliminary Injunction

# LIST OF EXHIBITS[1]

**Exhibit 1**　　　Exec. Order. No. 13,799, 82 Fed. Reg. 22,389 (May 11, 2017)

**Exhibit 2**　　　Press Release, Office of the Vice President, Readout of the Vice President's Call with the Presidential Advisory Commission on Election Integrity (June 28, 2017)

**Exhibit 3**　　　Letter from Kris Kobach, Vice Chair, Presidential Advisory Commission on Election Integrity, to Elaine Marshall, Secretary of State, North Carolina (June 28, 2017)

**Exhibit 4**　　　*Perkins v. Dep't of Veteran Affairs*, No. 07-310 (N.D. Ala. Apr. 21, 2010)

**Exhibit 5**　　　Memorandum M-03-22 from Josh Bolten, Dir. of Office of Mgmt. & Budget, to Heads of Exec. Dep'ts & Agencies (Sep. 23, 2003)

**Exhibit 6**　　　Screenshot: Google Chrome Security Warning for Safe Access File Exchange ("SAFE") Website (July 3, 2017 12:02 AM)

**Exhibit 7**　　　Declaration of Kimberly Bryant, EPIC Member (July 5, 2017)

**Exhibit 8**　　　Declaration of Julie E. Cohen, EPIC Member (July 5, 2017)

**Exhibit 9**　　　Declaration of William T. Coleman III, EPIC Member (July 5, 2017)

**Exhibit 10**　　 Declaration of Harry R. Lewis, EPIC Member (July 5, 2017)

**Exhibit 11**　　 Declaration of Pablo Garcia Molina, EPIC Member (July 5, 2017)

**Exhibit 12**　　 Declaration of Peter G. Neumann, EPIC Member (July 5, 2017)

---

[1] Exhibits 1–6 were previously filed with EPIC's Emergency Motion. Exhibits 7–17 were previously filed with EPIC's Reply, and have been renumbered for clarity. Exhibit 38 was previously filed with EPIC's Sur-sur-reply, and has been renumbered for clarity. Exhibits 19–24 were previously filed as Supplementary Exhibits 1–7, and have been renumbered for clarity. Exhibit 24 was previously filed as Exhibit 5 with the Second Amended Complaint, and has been renumbered for clarity.

EPIC v. Commission  
No. 17-1320

Exhibits to Plaintiff's Amended  
Motion for a Temporary Restraining  
Order and Preliminary Injunction

| | |
|---|---|
| **Exhibit 13** | Declaration of Bruce Schneier, EPIC Member (July 5, 2017) |
| **Exhibit 14** | Declaration of James Waldo, EPIC Member (July 5, 2017) |
| **Exhibit 15** | Declaration of Shoshana Zuboff, EPIC Member (July 5, 2017) |
| **Exhibit 16** | National Conference of State Legislatures, *It's a Presidential Election Year: Do You Know Where Your Voter Records Are?* (Feb. 2016) |
| **Exhibit 17** | Second (Expert) Declaration of Harry R. Lewis (July 5, 2017) |
| **Exhibit 18** | Webpage: Privacy Impact Assessments (PIA), U.S. General Services Administration, (July 7, 2017) |
| **Exhibit 19** | U.S. Election Assistance Commission, Office of Inspector General, Final Report. Report No. I-PA- EAC-04-12 (May 2013) |
| **Exhibit 20** | Letter from Chris Harvey, Director of Elections, Georgia Secretary of State's Office, to Kris W. Kobach, Vice Chair, Presidential Advisory Commission on Election Integrity (July 3, 2017) |
| **Exhibit 21** | Web Article: "SAFE Site facilitates large file transfers", Carlotta Maneice, AMRDEC Public Affairs, The United States Army (April 27, 2015) |
| **Exhibit 22** | Privacy Impact Assessment (PIA) for the Safe Access File Exchange ("SAFE"), Department of Defense (2015) |
| **Exhibit 23** | Declaration of Cynthia Dwork (July 6, 2017) |
| **Exhibit 24** | Letter from Electronic Privacy Information Center (EPIC), to National Association of State Secretaries (July 3, 2017) |
| **Exhibit 25** | Memorandum on Establishing the Director of White House Information Technology and the Executive Committee for Presidential Information Technology, 2015 Daily Comp. Pres. Doc. 185  (March 19, 2015) |

| | |
|---|---|
| EPIC v. Commission<br>No. 17-1320 | Exhibits to Plaintiff's Amended<br>Motion for a Temporary Restraining<br>Order and Preliminary Injunction |

**Exhibit 26**       Ass'n for Comput. Machinery, *Statewide Databases of Registered Voters: Study of Accuracy, Privacy, Usability, Security, and Reliability Issues* 6 (Feb. 2006)

**Exhibit 27**       Testimony of Jeanette Manfra, Acting Deputy Undersecretary for Cybersecurity & Communications, National Protection and Programs Directorate, U.S. Department of Homeland Security (June 21, 2017)

**Exhibit 28**       Testimony of Michael Haas, Administrator, Wisconsin Elections Commission (June 21, 2017)

**Exhibit 29**       Statement of Hon. Connie Lawson, Secretary of State, Indiana (June 21, 2017)

**Exhibit 30**       Statement of Steve Sandvoss, Executive Director, Illinois State Board of Elections (June 21, 2017)

**Exhibit 31**       Transcript of S. Intel Hearing on Russian Interference in 2016 Election, Panel 1 (June 21, 2017)

**Exhibit 32**       Transcript of S. Intel Hearing on Russian Interference in 2016 Election, Panel 2 (June 21, 2017)

**Exhibit 33**       Sec'y of State, Kansas, *Interstate Crosscheck Program Grows* (2013)

**Exhibit 34**       Presentation by Kris W. Kobach to the National Ass'n of State Election Dirs., *Interstate Voter Registration Crosscheck Program* (Jan. 26, 2013)

**Exhibit 35**       Greg Palast, *The GOP's Stealth War Against Voters*, Rolling Stone (Aug. 24, 2016)

**Exhibit 36**       U.S. Digital Serv., *Report to Congress — December 2016* (2016)

**Exhibit 37**       Bill Bowden & Brian Fanney, *U.S. Tells Arkansas to Delete Files on Voter Data*, Arkansas Online (July 13, 2017)

**Exhibit 38**       Declaration of Marc Rotenberg (July 7, 2017)

EPIC v. Commission  
No. 17-1320

Exhibits to Plaintiff's Amended  
Motion for a Temporary Restraining  
Order and Preliminary Injunction

**Exhibit 39**   Andrew Gumbel, *Trump Election Group Backs Away From its Request for Voter Data After Outcry*, The Guardian (July 13, 2017)

**Exhibit 40**   *Arkansas Voter Registration Data*, Office of the Secretary of State of Arkansas (March 14, 2011)