**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, *Plaintiff*, v. PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY, *et al.*, *Defendants*. | Civil Action No. 17-1320 (CKK) |

**ORDER**
(July 24, 2017)

For the reasons stated in the accompanying Memorandum Opinion, Plaintiff's [35] Motion for a Temporary Restraining Order and Preliminary Injunction is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED.**

Dated: July 24, 2017

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge