### IN THE UNITED STATES DISTRICT COURT FOR
### THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>    Plaintiff,<br><br>v.<br><br>PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY, *et al.*,<br><br>    Defendants. | Civil Action No. 1:17-cv-1320 (CKK) |

### NOTICE OF EXECUTIVE ORDER

Today, the President signed an Executive Order terminating the Presidential Advisory Commission on Election Integrity. *See* https://www.whitehouse.gov/presidential-actions/executive-order-termination-presidential-advisory-commission-election-integrity/ (last visited Jan. 3, 2018) (copy attached hereto). Undersigned counsel will confer with counsel for the plaintiff about next steps for moving forward.

Dated: January 3, 2018
                                       Respectfully submitted,

                                                        CHAD A. READLER
                                                        Acting Assistant Attorney General

                                                        ELIZABETH J. SHAPIRO
                                                       Deputy Director

                                                        */s/ Joseph E. Borson*
                                                        CAROL FEDERIGHI
                                                        Senior Trial Counsel
                                                        KRISTINA A. WOLFE
                                                        JOSEPH E. BORSON

United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-1944 / Fax: (202) 616-8460
E-mail: Joseph.Borson@usdoj.gov


Skip to content

 White House Logo

Share

- Economy
- National Security
- Budget
- Immigration
- Healthcare

Executive Orders

# Executive Order on the Termination of Presidential Advisory Commission on Election Integrity

Issued on: January 3, 2018

- Share:
- 
- 
- 

All News

By the authority vested in me as President by the Constitution and the laws of the United States of America, it is hereby ordered as follows:

Section 1.  Executive Order 13799 of May 11, 2017 (Establishment of Presidential Advisory Commission on Election Integrity), is hereby revoked, and the Presidential Advisory Commission on Election Integrity is accordingly terminated.

Sec. 2.  General Provisions.  (a)  Nothing in this order shall be construed to impair or otherwise affect:

(i)   the authority granted by law to an executive department, agency, or the head thereof; or

(ii)  the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b)  This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c)  This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party (other than by the United States) against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

DONALD J. TRUMP

THE WHITE HOUSE,

January 3, 2018.



The White House

- Live
- Jobs
- Get Involved
- Copyright Policy
- Privacy Policy

- Twitter
- Facebook
- Instagram
- Contact



- News
- Issues

- [The Administration](#)
- [About The White House](#)
- [Get Involved](#)

- [Economy](#)
- [National Security](#)
- [Budget](#)
- [Immigration](#)
- [Healthcare](#)



Close Search

Type Your Search  Press enter to search