# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 17-5171**  September Term, 2017

1:17-cv-01320-CKK

Filed On: April 2, 2018

Electronic Privacy Information Center,

    Appellant

  v.

Presidential Advisory Commission on
Election Integrity, et al.,

    Appellees

**BEFORE:** Henderson, Circuit Judge; Williams and Ginsburg, Senior Circuit Judges

## O R D E R

Upon consideration of appellant's motion to vacate decision, dismiss appeal as moot, and remand case, the opposition thereto, and the reply, it is

**ORDERED** that the motion be denied.

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:    /s/
              Ken R. Meadows
              Deputy Clerk