# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 17-5171**  September Term, 2017

1:17-cv-01320-CKK

Filed On: April 16, 2018 [1726680]

Electronic Privacy Information Center,

    Appellant

  v.

Presidential Advisory Commission on
Election Integrity, et al.,

    Appellees

### M A N D A T E

    In accordance with the judgment of December 26, 2017, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                BY:    /s/
                          Ken R. Meadows
                          Deputy Clerk

Link to the judgment filed December 26, 2017

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 17-5171**                                   **September Term, 2017**
FILED ON: DECEMBER 26, 2017

ELECTRONIC PRIVACY INFORMATION CENTER,
        APPELLANT

v.

PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY, ET AL.,
        APPELLEES

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:17-cv-01320)

---

Before: HENDERSON, *Circuit Judge*, and WILLIAMS and GINSBURG, *Senior Circuit Judges*

### **J U D G M E N T**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

### **Per Curiam**

                                                         **FOR THE COURT:**
                                                         Mark J. Langer, Clerk

                        BY:    /s/

                                                         Ken Meadows
                                                          Deputy Clerk

Date: December 26, 2017

Opinion for the court filed by Circuit Judge Henderson.
Concurring opinion filed by Senior Circuit Judge Williams.