# **EXHIBIT A**



**U.S. Department of Justice**

Civil Division
Federal Programs Branch

20 Massachusetts Avenue, N.W.
Washington, D.C. 20530

---

Kristina A. Wolfe  Tel: (202) 353-4519
Trial Attorney  kristina.wolfe@usdoj.gov

June 20, 2018

Theresa J. Lee
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004

Javier Guzman
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043

Harry Sandick
Patterson Bellnap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Marc Rotenberg
Electronic Privacy Information Center
1718 Connecticut Avenue, N.W.
Suite 200
Washington, DC 20009

Skip Pita
Pita Weber Del Prado
9350 South Dixie Highway
Suite 1200
Miami, FL 33156

John Freedman
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, N.W.
Washington, DC 20001

      **Re:** *Disposal of State Voter Data Obtained by the Former Presidential Advisory Commission on Election Integrity*

Dear Counsel:

As you know, following the dissolution of the Presidential Advisory Commission on Election Integrity (the "Commission") on January 3, 2018, the Director of the White House Office of Information Technology stated that the White House intends to destroy all state voter data pending consultation with the National Archives and Records Administration, as permitted by federal law. *See* Third Herndon Decl. ¶ 4, *Joyner v. Presidential Advisory Comm'n on Election Integrity*, No. 17-cv-22568-MGC (S.D. Fla.), ECF No. 82-2. The applicable federal law, the Presidential Records Act ("PRA"), provides that:

> (c) During the President's term of office, the President may dispose of those Presidential records of such President that no longer have administrative, historical, informational, or evidentiary value if--
>
> > (1) the President obtains the views, in writing, of the Archivist concerning the proposed disposal of such Presidential records; and
> >
> > (2) the Archivist states that the Archivist does not intend to take any action under subsection (e) of this section.

44 U.S.C. § 2203(c).

We are writing to you now because, in accordance with this provision, the President has obtained the written views of the Archivist concerning the proposed disposal of the state voter data.[1] The Archivist has stated, in accordance with Section 2203(c)(2) of the Presidential Records Act, that he does not intend to take any action under subsection (e) of Section 2203. Further, the Archivist agreed that the records proposed for disposal do not have sufficient administrative, historical, informational, or evidentiary value to warrant continued (i.e., permanent) preservation under the PRA, and that it is reasonable to dispose of them.

As you know, however, these same records are subject to litigation holds, as they may be relevant to claims brought in your cases. *See, e.g.*:

- *Am. Civil Liberties Union v. Trump*, No. 17-cv-1351-CKK (D.D.C.), Am. Compl. ¶¶ 165, 177, 186, Request for Relief ¶¶ 1(a), 2(d), ECF No. 28-1;

- *Common Cause v. Presidential Advisory Comm'n on Election Integrity*, No. 17-1398-RCL (D.D.C.), Am. Compl. ¶¶ 144, 177, 130, Prayer for Relief ¶ 6, ECF No. 21;

- *Dunlap v. Presidential Advisory Comm'n on Election Integrity*, No. 17-cv-2361-CKK (D.D.C.), Compl. ¶¶ 89-91, ECF No. 1;

---

[1] The specific documents proposed for disposal are "[t]he publicly available State voter roll data submitted by State election officials in response to the June 28, 2017, request from Kris Kobach, Vice Chair of the former Commission, as clarified by Vice Chair Kobach's letter of July 26, 2017, to State election officials."

- *Elec. Privacy Info. Ctr. v. Presidential Advisory Comm'n on Election Integrity*, Second Am. Compl. ¶¶ 58, 78, 81, Requested Relief ¶ C, No. 17-cv-1320-CKK (D.D.C.), ECF No. 33;

- *Joyner v. Presidential Advisory Comm'n v. Election Integrity*, No. 17-cv-22568-MGC (S.D. Fla.), Am. Compl. ¶¶ 147, 153, 168, Prayer for Relief ¶ E, ECF No. 65;

- *Lawyers' Committee for Civil Rights Under Law v. Presidential Advisory Comm'n on Election Integrity*, No. 17-cv-1354-CKK (D.D.C.), Compl. ¶¶ 51-53, Prayer for Relief ¶ f, ECF No. 1.

This disposal action is consistent with the relief that many of you requested in your complaints. Nevertheless, given the litigation holds, we request your written consent before proceeding further.

Please let us know at your earliest convenience if you have any questions or concerns.

Sincerely,

*/s/ Kristina A. Wolfe*
ELIZABETH J. SHAPIRO
CAROL FEDERIGHI
KRISTINA A. WOLFE
JOSEPH E. BORSON
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20530
Phone: (202) 353-4519
Email: kristina.wolfe@usdoj.gov

*Counsel for Defendants*