**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>*Plaintiff*,<br><br>v.<br><br>PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY, *et al.*,<br><br>*Defendants*. | Civil Action No. 17-1320 (CKK) |

**ORDER**
(August 22, 2018)

In its [63] Order, the Court indicated that it "expects that this case can be dismissed" once Defendants carried out their intention of destroying all state voter data collected by the now-defunct Presidential Advisory Commission on Election Integrity. The Court noted Plaintiff's concurrence that deletion of this data would secure the remainder of the substantive relief sought by Plaintiff. Order, ECF No. 63, at 2 (citing Notice, ECF No. 62, at 2).

Defendants' [64] Notice of Deletion confirms that they have deleted the state voter data. Accordingly, the Court finds that no further adjudication of this action is necessary.

It is hereby **ORDERED** that this case is **DISMISSED.**

**SO ORDERED.**

**This is a final, appealable Order.**

Dated: August 22, 2018

                                                              /s/
                                          COLLEEN KOLLAR-KOTELLY
                                          United States District Judge